# DAY PITNEY LLP

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   WASHINGTON, DC

CHRISTINA A. LIVORSI
Attorney at Law

One Jefferson Road
Parsippany, NJ 07054-2891
T: (973) 966-8229 F: (973) 461-4564
clivorsi@daypitney.com

August 29, 2019

**Via Overnight Delivery**

The Honorable Robert B. Kugler
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Court Room: **1050**
Camden, New Jersey 08101

RECEIVED
AUG 03 2019
ROBERT B. KUGLER
U.S. DISTRICT JUDGE

      Re:   *Hood v. Victoria Crossing Townhouse Association, Inc.*
              Civil Action No. 1:18-cv-12259

Dear Judge Kugler:

      This firm represents defendants MTGLQ Investors, L.P. and New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing (the "MTGLQ Defendants") in the above-referenced matter. We join in the request of counsel for defendants Brigantine Realty, Inc. and David Getter, that this Court deny any request by counsel for Plaintiffs, as contained in his August 26, 2019 submission to the Court, to amend the Complaint on this already closed matter.

      Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*Christina A Livorsi*

Christina A. Livorsi

CAL/ag

cc:   Martin J. McAndrew, Esquire
        Joshua L. Thomas, Esquire

103565951.2