**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

NEW JERSEY OFFICE
*Cherry Tree Corporate Center*
*Suite 501*
*535 Route 38 East*
*Cherry Hill, NJ 08002*
*(856) 663-4300 Fax: (856) 663-4439*

www.moodklaw.com

*Christian M. Scheuerman*
Member NJ & PA Bars
CScheuerman@moodklaw.com

September 11, 2019

**Via ECF**
Honorable Judge Robert B. Kugler, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

> RE: Lisa Hood, David Hood, Sr., David Hood, III and Imani Hood v. Victoria Crossing Townhouse Association, Inc., Atlantic Realty Management, Inc., Marjorie M. Wilson and Debra A. Lafferty, et al.
> Docket No. 1:18-cv-12259-JBS-KMW
> Our File No.: 1903-105610(SXK/CMS)

Dear Judge Kugler:

I represent Victoria Crossing Townhouse Association, Atlantic Realty Management, Kenneth Jaeger, Marjorie M. Wilson, Debra A. Lafferty, and Gail H. Lusk in the above matter. My clients hereby join the Co-Defendants' objections to the Plaintiffs' request for leave to file an amended complaint. (ECF 30-31).

Respectfully Submitted,

**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

*/s/ Christian M. Scheuerman, Esquire*
Christian M. Scheuerman, Esquire

CMS/jad
cc:  Joshua Louis Thomas, Esq.
     Christina A. Livorsi, Esq.
     Martin J. Mcandrew, Esq.

{NJ025277.1}

| Philadelphia | Pittsburgh | New York | Westchester County | Wilmington | Towson |
| --- | --- | --- | --- | --- | --- |
| Pennsylvania | Pennsylvania | New York | New York | Delaware | Maryland |