IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

LISA HOOD, et al.,

                Plaintiffs,

     v.

VICTORIA CROSSING TOWNHOUSE
ASSOCIATION, et al.

            Defendants.

HONORABLE ROBERT B. KUGLER

Civil Action No.
18-12259 (RBK/KMW)

**ORDER**

This matter having come before the Court by way of its Order to Show Cause why Plaintiff's counsel, Joshua Lewis Thomas, Esq., should not be enjoined from filing any further complaint, lawsuit, or petition, which pertains to or references any prior foreclosure action, in the United States District Court for the District of New Jersey, without prior authorization of the Court [Docket Item 23]; Mr. Thomas having filed a response to such Order to Show Cause [Docket Item 28]; Defendants having filed letters with regard to Mr. Thomas' response [Docket Items 30, 31, & 33]; the Court having held a Show Cause Hearing, on the record, on September 13, 2019; for the reasons explained on the record during the Show Cause Hearing of September 13, 2019; and for good cause shown;

IT IS this 13 day of **September** 2019, hereby

**ORDERED** that Joshua Lewis Thomas, Esq., shall be, and is hereby, **ENJOINED** from filing any further complaint, lawsuit, or petition, which pertains to or references any prior foreclosure

action, in the United States District Court for the District of New Jersey, without prior authorization of the Court; and it is further

**ORDERED** that in the event that Joshua Lewis Thomas, Esq., desires to file any further complaint, lawsuit, or petition in the United States District Court for the District of New Jersey, he shall file an appropriate motion for leave to file such complaint, lawsuit, or petition under the present docket number.

ROBERT B. KUGLER
U.S. District Judge