IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA HOOD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VICTORIA CROSSING TOWNHOUSE ASSOCIATION, et al. <br><br> Defendants. | HONORABLE ROBERT B. KUGLER <br><br> Civil Action No. <br> 18-12259 (RBK/KMW) <br><br> **AMENDED ORDER** |

This matter having come before the Court by way of its Order to Show Cause why Plaintiff's counsel, Joshua Louis Thomas, Esq., should not be enjoined from filing any further complaint, lawsuit, or petition, which pertains to or references any prior foreclosure action, in the United States District Court for the District of New Jersey, without prior authorization of the Court [Docket Item 23]; Mr. Thomas having filed a response to such Order to Show Cause [Docket Item 28]; Defendants having filed letters with regard to Mr. Thomas' response [Docket Items 30, 31, & 33]; the Court having held a Show Cause Hearing, on the record, on September 13, 2019; for the reasons explained on the record during the Show Cause Hearing of September 13, 2019; and for good cause shown;

IT IS this 23rd day of __September__ 2019, hereby

**ORDERED** that Joshua Louis Thomas, Esq., shall be, and is hereby, **ENJOINED** from filing any further complaint, lawsuit, or petition, which pertains to or references any prior foreclosure

action, in the United States District Court for the District of New Jersey, without prior authorization of the Court; and it is further

**ORDERED** that in the event that Joshua Louis Thomas, Esq., desires to file any further complaint, lawsuit, or petition in the United States District Court for the District of New Jersey, he shall file an appropriate motion for leave to file such complaint, lawsuit, or petition under the present docket number.

_____
ROBERT B. KUGLER
U.S. District Judge